UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONTEZ MAXWELL,

    Petitioner,

v.

CASE NO. 2:20-CV-11141
HON. NANCY G. EDMUNDS

SHERMAN CAMPBELL,

    Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, the Honorable Nancy G. Edmunds, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

    s/ Nancy G. Edmunds
    NANCY G. EDMUNDS
    UNITED STATES DISTRICT JUDGE

Dated:  May 3, 2022